# JOHN WARNER

## v.

## JOSEPH T. KELLEY ET AL.

PRACTICE—BILL OF EXCEPTIONS MUST BE FILED IN APT TIME.—Where the bill of exceptions shows upon its face that it was not presented to the judge for signing until after the expiration of the time allowed therefor, it will, on motion, be stricken from the record; in such cases the filing of the bill of exceptions makes it no part of the record.   To become such it must be filed in apt time.

APPEAL from the Circuit Court of DeWitt county; The Hon. LYMAN LACEY, Judge, presiding.   Opinion filed January 13, 1880.

Messrs. MOORE & WARNER, for appellants.

Mr. HENRY CRAWFORD, for appellees.

PER CURIAM.   This case comes up on a motion filed by appellees to strike the bill of exceptions filed in this cause from the record, and affirm the judgment of the Circuit Court. The bill of exceptions shows upon its face that it was not presented to the judge who tried the cause below, until five days had expired after the same should have been presented in order to comply with the terms upon which the appeal was granted.   In such a case the filing of the bill of exceptions makes it no part of the record.   To become a part of the record the bill must be filed in apt time.

Hance v. Miller, 21 Ill. 639;  Burst v. Wayne, 13 Ill. 599; Satonstall v. Canal Commissioners, 13 Ill. 705.

The motion must be sustained to the extent of striking the bill of exceptions from the record.